| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEREMY W. FAITH (State Bar No. 190647)<br>Jeremy@MarguliesFaithLaw.com<br>MEGHANN TRIPLETT (State Bar No. 268005)<br>Meghann@MarguliesFaithLaw.com<br>MARGULIES FAITH, LLP<br>16030 Ventura Blvd., Suite 470<br>Encino California 91436<br>Telephone: (818) 705-2777<br>Facsimile: (818) 705-3777<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Peter J. Mastan, Chapter 7 Trustee | **FILED & ENTERED**<br><br>**SEP 14 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *LOS ANGELES* DIVISION**

| In re:<br><br>ZERO ENERGY CONTRACTING, INC.,<br><br>Debtor(s)<br><br>PETER J. MASTAN, Chapter 7 Trustee,<br><br>Plaintiff(s)<br><br>vs.<br><br>ESC PROS, LLC,<br><br>Defendant(s) | CASE NO.: 2:18-bk-12552-RK<br>CHAPTER: 7<br>ADVERSARY NO.: 2:20-ap-01052-RK<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE: [No Hearing Required]<br>TIME:<br>COURTROOM:<br>PLACE: |

Based on the Defendants' failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): Peter J. Mastan
   and against Defendant (*specify name*): ESC PROS, LLC

2. a. ☒ Plaintiff is awarded damages in the following amount: $69,278.04
   b. ☒ Plaintiff is awarded costs in the following amount: $350.00
   c. ☐ Plaintiff is awarded attorney fees in the following amount: $_____
   d. ☒ Plaintiff is awarded interest at the rate of 0.89% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): March 1, 2020.
   e. ☒ Plaintiff is granted the following relief (*specify*): Plaintiff is entitled to recover the property transferred to the Defendant pursuant to 11 U.S.C. § 550(a).

   ☐ See attached page

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                                    **F 7055-1.2.DEFAULT.JMT**

3. ☐ This judgment or claim is determined to be non-dischargeable under:   ☐ Bankruptcy Code §523(a) _____
   ☐ Other (*specify*):

4. ☒ The court further orders:  Any claim of the Defendant is disallowed pursuant to 11 U.S.C. § 502(d).

   ☐ See attached page

                                        ###

Date: September 14, 2020

_____
Robert Kwan
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 2                              F 7055-1.2.DEFAULT.JMT